TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ASIM H. MODI, NY SBN # 4692018
     Special Assistant United States Attorney
     Program Litigation 1
     Social Security Administration | Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (312) 596-1868
     Asim.Modi@ssa.gov

Attorneys for Defendant

J S - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONDELL CRAIG ,<br><br>    Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:25-CV-10688-SSS-SSC<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of

Proposed Order                Page 1

Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 24, 2026 _____

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE